# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

138942

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GREGORY TYREE and TERRILYNN TYREE,
Individually and as Next Friend of Trevor G.
Tyree, Travis L. Tyree, Tabitha J. Tyree, and
Maximilian R. Tyree,
              Plaintiffs-Appellants,

v

MASTERS HOME IMPROVEMENT AND
DESIGN, INC., SKIDOO CARPENTRY, L.L.C.,
and KEVIN COOMBE,
              Defendants-Appellees,
and

AARON SMITH and JESSICA SMITH,
              Defendants.

SC: 138942
COA: 291654
Livingston CC: 06-022326-NO

_____/

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED as moot. The Court of Appeals denied leave to appeal by order dated July 29, 2009. That order is the subject of a new application for leave to appeal to this Court, Docket No. 139590, which remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

Clerk

0901